

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00190-CV

**ONEWEST BANK, FSB**,
Appellant

v.

**THE ESTATE OF EDITH H. FRAHM**,
Appellee

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2012PC0915
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  December 3, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that it no longer wishes to pursue this appeal and requesting that we tax appellate costs against the parties incurring same. The motion states that appellant has conferred with appellee and that appellee is not opposed to the motion. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the party incurring same. *See id.* 42.1(d).

PER CURIAM